**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00514-WYD-14

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOI DUCKERY,

    Defendant.

---

ORDER DISMISSING SUMMONS AND PETITION AND VACATING HEARING

---

THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss supervised release violation proceedings in this case. It is

ORDERED that the petition and order for issuance of a summons, dated the 15th day of March, 2010, are dismissed. It is

FURTHER ORDERED that the Supervised Release Revocation Hearing scheduled for Tuesday, March 23, 2010, at 8:30 a.m., is VACATED.

DATED at Denver, Colorado, this 18th day of March, 2010.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE
                              Senior District Judge