IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14.    JOI DUCKERY,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

A compliance review hearing is set for **Wednesday, June 23, 2010 at 2:00 pm.**

Dated: May 10, 2010