IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14. JOI DUCKERY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Friday, September 10, 2010 at 9:00 a.m.**

    Dated: August 20, 2010